KENNEDY P. RICHARDSON, Cal. Bar No. 62516
DAVID M. ROSENBERG-WOHL, Cal. Bar. No. 132924
MARION'S INN LLP
1611 Telegraph Avenue, Suite 707
Oakland, California 94612-2145
Telephone: (510) 451-6770
Facsimile: (510) 451-1711
Email: kpr@marionsinn.com
       drw@marionsinn.com

Attorneys for Defendant
THE PERMANENTE MEDICAL GROUP, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROSEMARIE COLE, | Case No. CV11-05378 PSG |
| Plaintiff, | STIPULATION RE EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT BY 30 DAYS, AS WELL AS OTHER CASE MANAGEMENT DATES [AND ORDER] |
| vs. | |
| THE PERMAMENTE MEDICAL GROUP, INC., a California corporation; KAISER MEDICAL GROUP, INC., a California corporation | |
| Defendants. | |

**STIPULATION**

The above-named parties, by and through their respective, undersigned counsel, hereby agree to the following:

1. The complaint was filed November 7, 2011 and served November 21, 2011.

2. Because no defendant had appeared as of December 5, 2011, and there was no attorney with whom any "meet and confer" could be held, plaintiff moved on an ex parte basis to extend dates in the November 7 order, and this Court granted plaintiff's request.

1

STIPULATION [AND ORDER]

Case No. CV11-05378 PSG

3. These are the 3 Case Schedule due dates for events currently calendared pursuant to this Court's order of December 9, 2011:

   *12/20/11 (moved from 12/6)

   *1/3/12 (moved from 12/20/11)

   *1/10/201[2] CMC (moved from 12/27/11)

4. Last week counsel for plaintiff and counsel for defendant The Permanente Medical Group, Inc. connected and agreed to extend the date by which defendant is to answer or otherwise respond to plaintiff's complaint from 12/7/11 to 1/9/12.

5. That agreement was reached before this Court entered the order establishing a date sequence beginning 12/20/11 – in advance of the date defendant will have to answer or otherwise respond to plaintiff's complaint.

6. **Accordingly, the parties respectfully request that this Court approve their stipulation regarding the extension of the date by which defendant is to answer or otherwise respond to plaintiff's complaint.**

7. **Accordingly, the parties also respectfully request that this Court extend the dates presently calendared pursuant to its order of December 9, 2011, so that the first date follows the date by which defendant will have prepared its answer or other response to plaintiff's complaint – in other words, that the earliest Case Schedule date in this case be 1/9/12.**

8. Counsel accordingly propose the following adjustments to the Case Schedule:

   *Shift 12/20/11 date to 1/17/12

   *Shift 1/3/12 date to 1/31/12

   *Shift 1/10/12 date to 2/7/12

Dated: December ~~12~~, 2011          MARION'S INN LLP

                                       By David M. Rosenberg-Wohl _(digitally signed)_

                                       David M. Rosenberg-Wohl
                                       Attorneys for Defendant
                                       The Permanente Medical Group, Inc.

1
2 Dated: December 12, 2011         MESIROW & FINK
3
4                                  By _____
5                                  Steven M. Fink
                                   Attorneys for Plaintiff Rosemary Cole
6 ORDER
7 So ordered.
8
9 DATED: December 20, 2011
10
11
12                                  PAUL S. GREWAL
                                    United States Magistrate Judge
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
                                    3
STIPULATION [AND ORDER]
                                                    Case No. CV11-05378 PSG

**PROOF OF SERVICE**

I, the undersigned, state:

I am over the age of eighteen and not a party to this action. My business address is 1611 Telegraph Avenue, Suite 707, Oakland, California 94612-2145, which is located in Alameda County.

On December 19, 2011 I served the attached document(s):

**STIPULATION RE EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT BY 30 DAYS, AS WELL AS OTHER CASE MANAGEMENT DATES**

__X__ **BY MAIL**. I am familiar with the business practice at my place of business for collection and processing of correspondence for delivery by U.S. mail. Correspondence so collected and processed is placed in a sealed enveloped, with postage fully prepaid, addressed to the recipient(s) listed below, and deposited in a mailbox that same day in the ordinary course of business.

Steven M. Fink
Mesirow & Fink
160 W. Santa Clara St., Suite 1180
San Jose, CA 95113

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: December 19, 2011

Aakanksha Arora

PROOF OF SERVICE