KENNEDY P. RICHARDSON, Cal. Bar No. 62516
Email: kpr@marionsinn.com
DAVID B. ANDERSON, Cal. Bar. No. 273419
Email: dba@marionsinn.com
MARION'S INN LLP
1611 Telegraph Avenue, Suite 707
Oakland, California 94612-2145
Telephone:  (510) 451-6770
Facsimile:   (510) 451-1711

Attorneys for Defendant
The Permanente Medical Group, Inc.

**IT IS SO ORDERED AS MODIFIED.**
*Paul S. Grewal*
Judge Paul S. Grewal

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROSEMARIE COLE,<br><br>    Plaintiff,<br>v.<br><br>THE PERMANENTE MEDICAL GROUP, INC., a California corporation; et al.,<br><br>    Defendants. | Case No. CV 11-05378 PSG<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANT THE PERMANENTE MEDICAL GROUP INC.'S REQUEST TO APPEAR TELEPHONICALLY<br><br>Hearing Date:   12/18/2012<br>Hearing Time:   2:00 pm<br>Courtroom:      5 |

   The Court hereby GRANTS the request of defendant The Permanente Medical Group, Inc. to allow its counsel to appear telephonically at the upcoming status conference, scheduled for December 18, 2012 at 2:00 pm, in the above captioned matter. Counsel is instructed to contact CourtCall at 866-582-6878 to arrange for telephonic appearance.

Dated: December 5, 2012

*Paul S. Grewal*
Paul S. Grewal, U.S. Magistrate Judge

TELEPHONIC APPEARANCE REQUEST
Case No. CV 11-05378 PSG            2