1  KENNEDY P. RICHARDSON, Cal. Bar No. 62516
   Email: kpr@marionsinn.com
2  DAVID B. ANDERSON, Cal. Bar. No. 273419
   Email: dba@marionsinn.com
3  MARION'S INN LLP
   1611 Telegraph Avenue, Suite 707
4  Oakland, California 94612-2145
   Telephone:  (510) 451-6770
5  Facsimile:   (510) 451-1711

6
   Attorneys for Defendant
7  The Permanente Medical Group, Inc.

*IT IS SO ORDERED AS MODIFIED.*
*Judge Paul S. Grewal*

8

9                UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                     SAN JOSE DIVISION

12 ROSEMARIE COLE,                      ) Case No. CV 11-05378 PSG
                                        )
13          Plaintiff,                  ) [~~PROPOSED~~] ORDER GRANTING
   v.                                   ) DEFENDANT THE PERMANENTE
14                                      ) MEDICAL GROUP INC.'S REQUEST
   THE PERMANENTE MEDICAL GROUP,        ) TO APPEAR TELEPHONICALLY
15 INC., a California corporation; et al., )
                                        )
16          Defendants.                 )
                                        ) Hearing Date:  12/18/2012
17 _____ ) Hearing Time:  2:00 pm
                                          Courtroom:     5
18

19    The Court hereby GRANTS the request of defendant The Permanente Medical Group,

20 Inc. to allow its counsel to appear telephonically at the upcoming status conference, scheduled

21 for December 18, 2012 at 2:00 pm, in the above captioned matter. Counsel is instructed to

22 contact CourtCall at 866-582-6878 to arrange for telephonic appearance.

23 Dated: December 5, 2012

24
                                        _____
25                                      Paul S. Grewal, U.S. Magistrate Judge

26

27

28

TELEPHONIC APPEARANCE REQUEST
Case No. CV 11-05378 PSG            2