KENNEDY P. RICHARDSON, Cal. Bar No. 62516
Email: kpr@marionsinn.com
DAVID B. ANDERSON, Cal. Bar. No. 273419
Email: dba@marionsinn.com
MARION'S INN LLP
1611 Telegraph Avenue, Suite 707
Oakland, California 94612-2145
Telephone: (510) 451-6770
Facsimile: (510) 451-1711

Attorneys for Defendant
The Permanente Medical Group, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROSEMARIE COLE,<br><br>　　　　Plaintiff,<br>v.<br><br>THE PERMANENTE MEDICAL GROUP, INC., a California corporation; et al.,<br><br>　　　　Defendants. | Case No. CV 11-05378 PSG<br><br>[~~PROPOSED~~] STATUS CONFERENCE ORDER |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD**:

The above-captioned parties having appeared before the Court, the Honorable Paul S. Grewal presiding, for a case management conference on December 18, 2012, Steven Fink of the law firm Mesirow & Fink having appear for plaintiff Rosemarie Cole and Kennedy P. Richardson of the law firm Marion's Inn LLP having appear telephonically for defendant The Permanente Medical Group, Inc. ("TPMG"), and with good cause appearing,

**IT IS HEREBY ORDERED THAT**:

　　　　1.　　TPMG may file a motion for summary judgment in the above-captioned action on or before January 8, 2013;

　　　　2.　　Plaintiff Cole will file all papers in opposition, if any, to such summary judgment motion on or before January 29, 2013;

STATUS CONFERENCE ORDER
Case No. CV 11-05378 PSG　　　　　　　　1

1        3.      TPMG will file all reply papers, if any, in support of such summary
2  judgment motion on or before February 12, 2013;
3        4.      The hearing on such summary judgment motion will be held before this
4  Court on _____March 12_____, 2013 at ___10:00_____ a.m.

8  **IT IS SO ORDERED.**

11 Dated: January 8, 2013

                    _/s/ Paul S. Grewal_
                    Paul S. Grewal,
                    U.S. Magistrate Judge