```
1   KENNEDY P. RICHARDSON, Cal. Bar No. 62516
    Email: kpr@marionsinn.com
2   DAVID B. ANDERSON, Cal. Bar. No. 273419
    Email: dba@marionsinn.com
3   MARION'S INN LLP
    1611 Telegraph Avenue, Suite 707
4   Oakland, California 94612-2145
    Telephone:  (510) 451-6770
5   Facsimile:  (510) 451-1711

6
    Attorneys for Defendant
7   The Permanente Medical Group, Inc.

8
```

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                         SAN JOSE DIVISION

12   ROSEMARIE COLE,                    )   Case No. CV 11-05378 PSG
                                        )
13          Plaintiff,                  )   [~~PROPOSED~~] STATUS CONFERENCE
     v.                                 )   ORDER
14                                      )
     THE PERMANENTE MEDICAL GROUP,      )
15   INC., a California corporation; et al., )
                                        )
16          Defendants.                 )
                                        )
17

18   **TO ALL PARTIES AND THEIR COUNSEL OF RECORD**:

19          The above-captioned parties having appeared before the Court, the Honorable Paul S.

20   Grewal presiding, for a case management conference on December 18, 2012, Steven Fink of the

21   law firm Mesirow & Fink having appear for plaintiff Rosemarie Cole and Kennedy P.

22   Richardson of the law firm Marion's Inn LLP having appear telephonically for defendant The

23   Permanente Medical Group, Inc. ("TPMG"), and with good cause appearing,

24          **IT IS HEREBY ORDERED THAT**:

25          1.      TPMG may file a motion for summary judgment in the above-captioned

26   action on or before January 8, 2013;

27          2.      Plaintiff Cole will file all papers in opposition, if any, to such summary

28   judgment motion on or before January 29, 2013;

STATUS CONFERENCE ORDER
Case No. CV 11-05378 PSG                    1

1       3.    TPMG will file all reply papers, if any, in support of such summary
2   judgment motion on or before February 12, 2013;
3       4.    The hearing on such summary judgment motion will be held before this
4   Court on _____March 12_____, 2013 at __10:00__ a.m.

8   **IT IS SO ORDERED.**

11  Dated: January 8, 2013

                           _____
                           Paul S. Grewal,
                           U.S. Magistrate Judge